## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BOCINA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1531** |
| | : | |
| **DEB SCARPANTONIO, _et al._,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 14th day of May 2026, upon consideration of Michael Bocina's Motion to Proceed _In Forma Pauperis_ (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 2), and _pro se_ Complaint (ECF No. 3), it is **ORDERED** that:

1.  Leave to proceed _in forma pauperis_ is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  Michael Bocina, #MR-5893, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the Superintendent of SCI Frackville or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Bocina's inmate account; or (b) the average monthly balance in Bocina's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Bocina's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Bocina's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the

Superintendent of SCI Frackville.

4.      The Complaint is **DEEMED** filed.

5.      Bocina's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a

claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's

Memorandum.

6.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

 

**CHAD F. KENNEY, J.**